**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CURTIS T. BROWN, #283-840 | : |
| Petitioner | : |
| v. | : Civil Action No. PJM-05-2336 |
| J. JOSEPH PEGUESE, WARDEN, *et al.* | : |
| Respondents | : |

..o0o..

**MEMORANDUM OPINION**

Pending is a pro se Motion for Reconsideration of the Court's May 9, 2006, denial of Petitioner's 28 U.S.C. §2254 Petition for Writ of Habeas Corpus. Petitioner filed the instant motion on June 27, 2006.[1] In that denial, the Court noted that Petitioner had not filed a Reply to Respondents' Answer. Petitioner, an inmate at the Jessup Correctional Institution, asserts here that he mailed a Reply by certified mail on April 21, 2006,[2] but faults prison staff for the Reply not reaching the Court. Petitioner states that he has filed "formal COMPLAINT" against personnel in the Jessup Correctional Institutes Mailroom and requested an investigation into the non-transmittal of Petitioner's Article." Motion at 2, ¶ 5.

A motion for reconsideration (or, to alter or amend judgment) is granted only in limited circumstances. *See Microbix Biosystems*, Inc. 184 F. Supp. 2d 434, 436 (D. Md. 2000). It may be made for one of three reasons:(1) to accommodate an intervening change in controlling law; (2) to

---

[1] On June 5, 2006, Petitioner filed a Notice of Appeal in this matter. The matter is presently before the United States Court of Appeals for the Fourth Circuit.

[2] On March 30, 2006, the Court granted Petitioner's Order for Extension of Time to file his reply which then became April 24, 2006.

account for new evidence not [previously] available...; or (3) to correct a clear error of law or prevent manifest injustice. *See Hill v. Braxton*, 277 F.3d 701, 708 (4th Cir. 2003). Further, Rule 59(e) of the Federal Rules of Civil Procedure provides that a motion to alter or amend a judgment must be filed no later than ten days after judgment is entered. Although the instant motion does not appear to satisfy the exacting standards for a Motion for Reconsideration, the Court will grant Petitioner fifteen days to file a copy of the certified mail receipt and a copy of the Reply.

Accordingly, it is this 11th day of July, 2006, by the United States District hereby ORDERED:

1. Petitioner FILE a copy of the certified mail receipt and a copy of the Reply by no later that fifteen days from the date this Order is signed;

2. The Clerk MAIL a copy of this Order to Petitioner and to Edward J. Kelley, Assistant Attorney General.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE